**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust,<br><br>          Plaintiff,<br><br>   v.<br><br>AFA FINANCIAL GROUP, et al.,<br><br>          Defendants. | Civil Action No. 11-00744 GMS |

**MOTION AND ORDER FOR ADMISSION**
***PRO HAC VICE* OF ANDREW J. NAZAR, ESQUIRE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Andrew J. Nazar, Esquire of Polsinelli Shughart to represent plaintiff Beneficial Investment Services, Inc. in the above-captioned matter.

Dated:  October 24, 2011

POLSINELLI SHUGHART

By:  */s/ Christopher A. Ward*
     Christopher A. Ward (Del. Bar No. 3877)
     222 Delaware Avenue, Suite 1101
     Wilmington, Delaware 19801
     (302) 252-0920 (Telephone)
     (302) 252-0921 (Facsimile)
     cward@polsinelli.com

     Counsel for Beneficial Investment Services, Inc.

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated:  October ___, 2011

_____
The Honorable Gregory M. Sleet
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of Missouri and the State of Kansas, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective January 1, 2005.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

 /s/ Andrew J. Nazar
Andrew J. Nazar, Esquire
POLSINELLI SHUGHART
Twelve Wyandotte Plaza
120 West 12th Street
Kansas City, Missouri 64105
(816) 395-0641 (Telephone)
(816) 753-1536 (Facsimile)
Email: anazar@polsinelli.com

Dated:  October 24, 2011