IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JAMES R. ZAZZALI, as Trustee for the )
DBSI Private Actions Trust, )
)
          Plaintiff, )
)    C. A. No. 11-744-GMS
v. )
)
AFA FINANCIAL GROUP, et al., )
)
          Defendants. )

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

*pro hac vice* of Thomas D. Birge, Esq. and Carla B. Minckley, Esq. to represent defendant

Geneos Wealth Management, Inc. Pursuant to this Court's Standing Order effective July 23,

2009, the annual fees for the attorneys listed above have already been submitted for 2011.

FERRY, JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
Regina M. Matozzo (No. 5510)
824 Market Street, Suite 1000
P. O. Box 1351
Wilmington, DE 19899
(302) 575-1555

Dated: October 29, 2011

*Local Counsel for Defendant Geneos Wealth
Management, Inc.*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Colorado, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Dated: October 28, 2011

Thomas D. Birge, Esq.
Birge & Minckley, P.C.
9055 East Mineral Circle
Suite 110
Centennial, CO 80112
Phone: (303) 860-7100
*Counsel for Defendant Geneos*
*Wealth Management, Inc.*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Colorado, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.


Dated: October 28, 2011

Carla B. Minckley, Esq.
Birge & Minckley, P.C.
9055 East Mineral Circle
Suite 110
Centennial, CO 80112
Phone: (303) 860-7100
*Counsel for Defendant Geneos*
*Wealth Management, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JAMES R. ZAZZALI, as Trustee for the ) 
DBSI Private Actions Trust, )
)
          Plaintiff, )
)    C. A. No. 11-744-GMS
v. )
)
AFA FINANCIAL GROUP, et al., )
)
          Defendants. )

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Thomas D. Birge, Esq. and Carla B. Minckley, Esq., is granted.


DATED: _____         _____
                                       United States District Judge

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 29, 2011, I electronically filed the foregoing Motion for

Admission *Pro Hac Vice* with the Clerk of Court using the CM/ECF, which will send

notification of such filings to the following:

> Andrew G. T. Moore II, Esq.
> Christopher Viceconte, Esq.
> Debra A. Clifford, Esq.
> Gibbons PC
> 1000 N. West Street
> Suite 1200
> Wilmington, DE 19801

I hereby certify that on October 29, 2011, I have mailed, by United States Postal Service,

the document to the following non-registered participants:

> Brian J. McMahon, Esq.
> Fruqan Mouzon, Esq.
> GIBBONS, P.C.
> One Gateway Center
> Newark, NJ 07102

> /s/ Theodore J. Tacconelli
> Theodore J. Tacconelli (No. 2678)
> FERRY, JOSEPH & PEARCE, P.A.
> 824 Market Street, Suite 1000
> Wilmington, DE 19899
> (302) 575-1555
> ttacconelli@ferryjoseph.com