IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust,<br><br>Plaintiff,<br><br>v.<br><br>SECURITIES AMERICA, INC., TRIAD ADVISORS, INC. AND PENSION PLANNER SECURITIES, et al.<br><br>Defendant. | Civil Action No. 1:11-cv-00744 |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT:

Kindly enter my appearance on behalf of Defendants, Securities America, Inc., Triad Advisors, Inc. and Pension Planner Securities.

        **MARSHALL, DENNEHEY, WARNER,**
        **COLEMAN & GOGGIN**

        BY:   /s/ Armand J. Della Porta, Jr., Esq.
               **ARMAND J. DELLA PORTA, JR., ESQ.**
               **DE ID: 2861**
               **1220 North Market Street, 5th Floor**
               **P.O. Box 8888**
               **Wilmington, DE 19899**
               **(302) 552-4323**
               **Attorneys for Defendants, Securities America, Inc., Triad Advisors, Inc. and Pension Planner Securities**

DATED: November 3, 2011

15/1260173.v1