IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust,<br><br>Plaintiff,<br><br>v.<br><br>SECURITIES AMERICA, INC. AND TRIAD ADVISORS, INC., et al.,<br><br>Defendants. | Civl Action No. 1:11-cv-00744 |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Joel M. Wertman to represent Securities America, Inc. and Triad Advisors, Inc. in this matter.

Signed: _____
Armand J. Della Porta, Esquire (# 2861)
Marshall, Dennehey, Warner, Coleman & Goggin
1220 N. Market Street, Suite 500
Wilmington, DE 19801
(302) 552-4323

Date: 11-3-11

Attorney for Securities America, Inc. and Triad Advisors, Inc.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____    _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☑ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Dated: 11/3/11                               Signed: _____
                                                      Joel M. Wertman, Esquire
                                                      PA Attorney I.D. No. 59276
                                                      Marshall, Dennehey, Warner,
                                                      Coleman & Goggin
                                                      1845 Walnut Street
                                                      Philadelphia, PA 19103

15/1260177.v1