IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAMES R. ZAZZALI, as Trustee for the DBSI )
Private Actions Trust, )
                                                     )
                Plaintiff, )
                                                     )   C.A. No. 1:11-CV-00744-GMS
     v. )
                                                       )
AFA FINANCIAL GROUP, et al. )
                                                     )
              Defendants. )
                                                       )

## ENTRY OF APPEARANCE

The undersigned counsel hereby enter their appearance on behalf of Defendants AIG Financial Advisors, Inc., Spelman & Co., FSC Securities Corp, and Sentra Securities.

                       MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                       */s/ Angela C. Whitesell*
                       William M. Lafferty (#2755)
                       Jay N. Moffitt (#4742)
                       Angela C. Whitesell (#5547)
                       1201 N. Market Street
                       P.O. Box 1347
OF COUNSEL:                Wilmington, DE 19899-1347
                       (302) 658-9200
Marshall H. Fishman       *Attorneys for Sentra Securities, AIG Financial*
Samuel J. Rubin             *Advisors, Inc., Spelman & Co., FSC Securities*
Timothy P. Harkness       *Corp.*
FRESHFIELDS BRUCKHAUS
   DERINGER US LLP
601 Lexington Avenue
New York, NY 10022
(212) 277-4000

November 4, 2011

4570255

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2011 the foregoing ENTRY OF APPEARANCE was caused to be filed with the Clerk of the Court and served upon the following counsel of record via CM/ECF:

>Andrew T. G. Moore II, Esq
>Christopher Viceconte, Esq.
>GIBBONS P.C.
>1000 N. West Street, Suite 1200
>Wilmington, DE 19801

/s/ Angela C. Whitesell
Angela C. Whitesell (#5547)