IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAMES R. ZAZZALI, as Trustee for the DBSI )
Private Actions Trust, )
)
Plaintiff, )
) C.A. No. 1:11-CV-00744-GMS
v. )
)
AFA FINANCIAL GROUP, et al. )
)
Defendants. )
)

## ENTRY OF APPEARANCE

The undersigned counsel hereby enter their appearance on behalf of Defendants

AIG Financial Advisors, Inc., Spelman & Co., FSC Securities Corp, and Sentra Securities.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Angela C. Whitesell
William M. Lafferty (#2755)
Jay N. Moffitt (#4742)
Angela C. Whitesell (#5547)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
*Attorneys for Sentra Securities, AIG Financial
Advisors, Inc., Spelman & Co., FSC Securities
Corp.*

OF COUNSEL:

Marshall H. Fishman
Samuel J. Rubin
Timothy P. Harkness
FRESHFIELDS BRUCKHAUS
    DERINGER US LLP
601 Lexington Avenue
New York, NY 10022
(212) 277-4000

November 4, 2011

4570255

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2011 the foregoing ENTRY OF APPEARANCE was caused to be filed with the Clerk of the Court and served upon the following counsel of record via CM/ECF:

> Andrew T. G. Moore II, Esq
> Christopher Viceconte, Esq.
> GIBBONS P.C.
> 1000 N. West Street, Suite 1200
> Wilmington, DE 19801

_/s/ Angela C. Whitesell_
Angela C. Whitesell (#5547)