IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust, | ) ) ) |
| Plaintiff, | ) ) ) C.A. No. 1:11-CV-00744-GMS |
| v. | ) ) |
| AFA FINANCIAL GROUP, et al. | ) ) |
| Defendants. | ) ) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Marshall H. Fishman, Timothy P. Harkness, and Samuel J. Rubin of Freshfields Bruckhaus Deringer US LLP, 601 Lexington Avenue, New York, NY 10022, to represent Defendants Sentra Securities, AIG Financial Advisors, Inc., Spelman & Co., FSC Securities Corp. in this matter.

OF COUNSEL:

Marshall H. Fishman
Samuel J. Rubin
Timothy P. Harkness
FRESHFIELDS BRUCKHAUS
  DERINGER US LLP
601 Lexington Avenue
New York, NY 10022
(212) 277-4000

November 4, 2011

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Angela C. Whitesell*
William M. Lafferty (#2755)
Jay N. Moffitt (#4742)
Angela C. Whitesell (#5547)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
  *Attorneys for Sentra Securities, AIG Financial Advisors, Inc., Spelman & Co., FSC Securities Corp.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____        _____
                                                                United States District Judge

4570360

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, the U.S. District Courts for the Southern and Eastern Districts of New York, and the U.S. Court of Appeals for the Second Circuit, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: 11/2/11

Marshall H. Fishman
FRESHFIELDS BRUCKHAUS
   DERINGER US LLP
601 Lexington Avenue
New York, NY 10022
(212) 277 4000

- 2 -

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York as well as the U.S. District Court for the Southern District of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: 11/2/11

Samuel J. Rubin
FRESHFIELDS BRUCKHAUS
 DERINGER US LLP
601 Lexington Avenue
New York, NY 10022
(212) 277 4000

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Connecticut and New York, the U.S. District Court for the Southern District of New York, the U.S. District Court for the Northern District of New York and the U.S. Court of Appeals for the Tenth Circuit, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: 11/2/2011

Timothy P. Harkness
FRESHFIELDS BRUCKHAUS
 DERINGER US LLP
601 Lexington Avenue
New York, NY 10022
(212) 277 4000

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2011 the foregoing MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* was caused to be filed with the Clerk of the Court and served upon the following counsel of record via CM/ECF:

>Andrew T. G. Moore II, Esq.
>Christopher Viceconte, Esq.
>GIBBONS P.C.
>1000 N. West Street, Suite 1200
>Wilmington, DE 19801

>/s/ Angela C. Whitesell
>Angela C. Whitesell (#5547)