IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>AFA FINANCIAL GROUP, et al.<br><br>　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 1:11-CV-00744-GMS<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION TO EXTEND TIME AND [PROPOSED] ORDER**

　　　　WHEREAS on August 22, 2011, Plaintiff filed its Complaint in the above-captioned matter naming as defendants, among others, AIG Financial Advisors, Inc., Spelman & Co., FSC Securities Corp. and Sentra Securities (collectively "Defendants");

　　　　WHEREAS, an extension of time to answer, move or otherwise respond to the Complaint will allow the additional time necessary to evaluate more fully the allegations of the Complaint and Defendants' response to the allegations, and set a coordinated response date;

　　　　IT IS HEREBY STIPULATED AND AGREED by the parties to this Stipulation, and subject to the approval of the Court, that Defendants' time to answer, move or otherwise respond to the Complaint is extended until a coordinated date is set by stipulation or otherwise agreed among the parties to this Stipulation.


| GIBBONS P.C. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Christopher Viceconte* | */s/ Angela C. Whitesell* |
| Christopher Viceconte (#5568)<br>1000 N. West Street, Suite 1200<br>Wilmington, DE 19801<br>(302) 295-4875<br>  *Attorneys for Zazzali, as Trustee for the*<br>  *DBSI Private Actions Trust* | William M. Lafferty (#2755)<br>Jay N. Moffitt (#4742)<br>Angela C. Whitesell (#5547)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347<br>(302) 658-9200<br>  *Attorneys for Sentra Securities, AIG Financial Advisors,*<br>  *Inc., Spelman & Co., FSC Securities Corp.* |
| OF COUNSEL: | OF COUNSEL: |
| Brian J. McMahon, Esq.<br>Fruqan Mouzon, Esq.<br>GIBBONS P.C.<br>One Gateway Center<br>Newark, New Jersey 07102<br>(973) 596-4500 | Marshall H. Fishman<br>Timothy P. Harkness<br>Samuel J. Rubin<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 277 4000 |

November 4, 2011

      SO ORDERED this _____ day of _____, 2011.

                                           United States District Judge

4574384.7