IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust,<br><br>Plaintiff,<br><br>v.<br><br>AFA FINANCIAL GROUP, et al.,<br><br><br>Defendants. | Civil Action No: 11-744 GMS |

## ENTRY OF APPEARANCE FOR DEFENDANT WILSON-DAVIS & CO., INC.

PLEASE ENTER the appearance of Geoffrey G. Grivner, of Buchanan Ingersoll & Rooney PC, as counsel for defendant Wilson-Davis & Co., Inc, identified in the Complaint in this Action as defendant Wilson Davis.[1]

BUCHANAN INGERSOLL & ROONEY PC

*/s/ Geoffrey G. Grivner*
Geoffrey G. Grivner (#4711)
1105 North Market Street
Suite 1900
(302) 552-4200
geoffrey.grivner@bipc.com

*Attorneys for Defendant Wilson-Davis & Co., Inc.*

Dated: November 8, 2011

---

[1] Plaintiff has also identified "Wilson Davis Parent Corp." as a defendant in this action. This entity does not exist.