## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

JAMES R. ZAZZALI, as Trustee for the DBSI
Private Actions Trust,

                Plaintiff,

    v.

AFA FINANCIAL GROUP, et al.,

                Defendants.

Civil Action No: 11-744 GMS

## STIPULATION AND PROPOSED ORDER
## EXTENDING STIPULATING DEFENDANT WILSON-DAVIS & CO., INC'S TIME TO
## RESPOND TO COMPLAINT AND SETTING SCHEDULE FOR MOTION BRIEFING
## AND FILING OF AMENDED COMPLAINT IN RESPONSE TO MOTION

WHEREAS, the defendant Wilson-Davis & Co., Inc., identified in the Complaint as defendant Wilson Davis ("Stipulating Defendant"), has requested an extension of time to respond to the Complaint in this action until December 16, 2011, in order allow additional time to evaluate the allegations of the Complaint and to formulate a response to those allegations, and the Stipulating Defendant has agreed to a proposed schedule for motion briefing and amending the Complaint and other terms, as outlined herein;

WHEREAS, Plaintiff James R. Zazzali, as Trustee for the DBSI Private Actions Trust ("Plaintiff" or "Trustee") and the Stipulating Defendant, in the interests of efficiency and judicial economy, desire the setting of a uniform and coordinated schedule for the Stipulating Defendant to respond to the Complaint and for the Trustee to respond to all motions filed by the Stipulating Defendant in response to the Complaint, including the Trustee's right to amend the Complaint as a matter of course, pursuant to *Fed. R. Civ. P.* 15(a)(1)(B);

NOW THEREFORE, it is hereby STIPULATED AND AGREED, subject to the approval of the Court, as follows:

1.      The time within which the Stipulating Defendant may answer, move or otherwise respond to the Complaint is extended to and including December 16, 2011;

2.      The time within which the Trustee may respond to any motion filed in lieu of an answer to the Complaint ("Opposition"), and the time within which the Trustee may amend the Complaint as a matter of course, pursuant to *Fed. R. Civ. P.* 15(a)(1)(B), in response to any such motion, is extended to and including February 17, 2012;

3.      The time within which the Stipulating Defendant may reply to any Opposition of the Trustee is extended to and including March 16, 2012;

4.      Plaintiff and the Stipulating Defendant agree that, by entering into this stipulation, the Stipulating Defendant does not waive any defenses to this action; provided, however, that the Stipulating Defendant waives any objection to the form or manner of service of the Summons and Complaint in the above-captioned matter under Federal Rule of Civil Procedure 4, and, accordingly, waive, with prejudice, all defenses under Federal Rules of Civil Procedure 12(b)(4) and 12(b)(5); and

5.      Plaintiff and the Stipulating Defendant agree that, in accordance with and without limiting the provisions of Federal Rule of Civil Procedure 15, to the extent Stipulating Defendant contends at any time that the Complaint does not identify or state the correct legal name or legal nature of Stipulating Defendant, the Complaint may be amended to identify and state the correct legal name or legal nature of the Stipulating Defendant and that amendment will relate back to the date of the original Complaint, and the Stipulating Defendant's counsel will agree to accept service of the amended Complaint.

Dated:  November 8, 2011

BUCHANAN INGERSOLL & ROONEY PC          GIBBONS, P.C.


/s/ Geoffrey G. Grivner                 /s/ Christopher Viceconte
Geoffrey G. Grivner  (#4711)            Christopher Viceconte (#5568)
1105 North Market Street, Suite 1900    1000 N. West Street, Suite 1200
Wilmington, DE  19801                   Wilmington, DE  19801
Tel: (302) 552-4200                     Tel: (302) 295-4958
Fax: (302) 552-4295                     Fax: (302) 295-4876
geoffrey.grivner@bipc.com               cviceconte@gibbonslaw.com

*Attorneys for Defendant*                 *Attorneys for Plaintiff*
*Wilson-Davis & Co., Inc.*



It is **SO ORDERED**.


Dated: _____, 2011           _____
                                        Gregory M. Sleet
                                        Chief United States District Judge

3