# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust,<br><br>Plaintiff,<br><br>v.<br><br>AFA FINANCIAL GROUP, et al.,<br><br>Defendants. | Civil Action No: 11-744 GMS |

## STIPULATION AND PROPOSED ORDER
## EXTENDING STIPULATING DEFENDANTS' TIME TO RESPOND TO COMPLAINT
## AND SETTING SCHEDULE FOR MOTION BRIEFING AND
## FILING OF AMENDED COMPLAINT IN RESPONSE TO MOTIONS

WHEREAS, defendants Geneos Wealth Management Inc., Woodbury Financial Services, Inc., VSR Financial Services, Inc., Beneficial Investment Services, Inc., and Triad Advisors, Inc. ("Stipulating Defendants"), have requested an extension of time to respond to the Complaint in this action until December 16, 2011, in order to allow additional time to evaluate the allegations of the Complaint and to formulate a response to those allegations, and the Stipulating Defendants have agreed to a proposed schedule for motion briefing and amending the Complaint and other terms, as outlined herein;

WHEREAS, Plaintiff James R. Zazzali, as Trustee for the DBSI Private Actions Trust ("Plaintiff" or "Trustee") and the Stipulating Defendants, in the interests of efficiency and judicial economy, desire the setting of a uniform and coordinated schedule for the Stipulating Defendants to respond to the Complaint and for the Trustee to respond to all motions filed by the Stipulating Defendants in response to the Complaint, including the Trustee's right to amend the Complaint as a matter of course, pursuant to Fed. R. Civ. P. 15(a)(1)(B);

NOW THEREFORE, it is hereby STIPULATED AND AGREED, subject to the approval of the Court, as follows:

1. The time within which the Stipulating Defendants may answer, move or otherwise respond to the Complaint is extended to and including December 16, 2011;

2. The time within which the Trustee may respond to any motions filed in lieu of answers to the Complaint ("Oppositions"), and the time within which the Trustee may amend the Complaint as a matter of course, pursuant to *Fed. R. Civ. P.* 15(a)(1)(B), in response to any such motions, is extended to and including February 17, 2012;

3. The time within which the Stipulating Defendants may reply to any Oppositions of the Trustee is extended to and including March 16, 2012;

4. In the event Plaintiff files an Amended Complaint as a matter of course pursuant to *Fed. R. Civ. P.* 15(a)(1)(B) rather than, and/or in addition to an Opposition to any motions filed by the Stipulating Defendants, Stipulating Defendants shall have 60 days from the date any Amended Complaint is accepted for filing by the Court to respond to any Amended Complaint;

5. Plaintiff and the Stipulating Defendants agree that, by entering into this stipulation, the Stipulating Defendants do not waive any defenses to this action, including defenses based upon lack of personal jurisdiction; provided, however, that the Stipulating Defendants waive any objection to the form or manner of service of the Summons and Complaint in the above-captioned matter under Federal Rule of Civil Procedure 4, and, accordingly, waive, with prejudice, all defenses under Federal Rules of Civil Procedure 12(b)(4) and 12(b)(5); and;

6. Plaintiff and the Stipulating Defendants agree that the agreements made herein are not intended to bind, and do not bind, the corporate parents or other affiliates of the Stipulating

Defendants (including but not limited to the "Parent Corp." entities listed as Defendants in the Complaint) that have not expressly agreed to or entered into this Stipulation in their own right; and

7. Plaintiff and the Stipulating Defendants agree that, in accordance with and without limiting the provisions of Federal Rule of Civil Procedure 15, to the extent a Stipulating Defendant contends at any time that the Complaint does not identify or state the correct legal name or legal nature of the Stipulating Defendant, the Complaint may be amended to identify and state the correct legal name or legal nature of the Stipulating Defendant and that amendment will relate back to the date of the original Complaint, and the Stipulating Defendant's counsel will agree to accept service of the amended Complaint.

*[signature pages follow]*

Dated: November 9, 2011

**GIBBONS, P.C.**

By: /s/ Christopher Viceconte
Christopher Viceconte (No. 5568)
1000 North West Street, Suite 1200
Wilmington, DE 19801-1058
Telephone: (302) 295-4875
Facsimile: (302) 295-4876
cviceconte@gibbonslaw.com

*Attorneys for Plaintiff*


**FERRY, JOSEPH & PEARCE, P.A.**

By: /s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899-1351
Telephone (302) 575-1555
Facsimile (302) 575-1714
ttaconelli@ferryjoseph.com

**AND**

**BIRGE & MINCKLEY, PC**

Carla B. Minckley
Thomas D. Birge
9055 East Mineral Circle, Suite 110
Centennial, Colorado 80112-3457
Telephone (303) 860-7100
Facsimile (303) 860-7338
cminckley@brigeminckley.com
tbirge@birgeminckley.com

*Attorneys for Geneos Wealth Management, Inc.*

**RICHARDS LAYTON & FINGER, PA**

By: /s/ Julie A. Finocchiaro
Robert J. Stearn, Jr. (No. 2915)
Julie A. Finocchiaro (No. 5303)
920 N. King Street
Wilmington, DE 19801
302-651-7700
stearn@rlf.com
finnocchiaro@rlf.com

**AND**

**FAEGRE & BENSON LLP**

Terri L. Combs
Jeff J. Hicks
801 Grand Ave, Suite 3100
Des Moines, Iowa 50309
515-447-4107
515-248-9010 fax
tcombs@faegre.com
jjhicks@faegre.com

*Attorneys for Woodbury Financial Services, Inc.
And VSR Financial Services, Inc.*


**POLSINELLI SHUGHART**

/s/ Christopher A. Ward
Christopher A. Ward (Del. Bar No. 3877)
Shanti M. Katona (Del. Bar No. 5352)
Andrew J. Nazar (admitted *pro hac vice*
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
skatona@polsinelli.com

*Attorneys for Beneficial Investment Services, Inc.*

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

By: /s/ Armand J. Della Porta, Jr.
**Armand J. Della Porta, Jr. (No. 2861)**
1220 N. Market Street, 5th Fl.
Wilmington, DE 19801
302-552-4323
302-651-7905 (Fax)
ajdellaporta@mdwcg.com

**AND**

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

Denis C. Dice
Joel Wertman
1845 Walnut Street
Philadelphia, PA 19103
(215) 575-2779

*Attorneys for Triad Advisors, Inc.*


It is **SO ORDERED**.


Dated: _____, 2011          _____
                                     Chief United States District Judge