IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust,<br><br>Plaintiff,<br><br>v.<br><br>AFA FINANCIAL GROUP, et al.,<br><br>Defendants. | Civil Action No: 11-744 GMS |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Kindly enter my appearance on behalf of Defendant Investors Capital Corporation.

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

By: /s/ Armand J. Della Porta, Jr.
    ARMAND J. DELLA PORTA, JR. ESQ.
    DE ID: 2861
    1220 N. Market Street, 5th Floor
    P.O. Box 8888
    Wilmington, DE 19899
    302-552-4323
    302-651-7905 Fax
    Attorneys for Defendant Investors Capital Corporation

Dated: _Dec. 1_, 2011

12/1419892.v1