IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust, <br><br> Plaintiff, <br><br> v. <br><br> AFA FINANCIAL GROUP, et al., <br><br> Defendants. | Civil Action No: 11-744 GMS |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of James A. McGovern to represent Investors Capital Corporation in this matter.

Signed: /s/

Armand J. Della Porta, Esquire (#2861)
Marshall, Dennehey, Warner, Coleman & Goggin
1220 N. Market Street, 5th Floor
Wilmington, DE 19801
302-552-4323  Phone
302-651-7905  Fax
Attorneys for Investors Capital Corporation

Date: 12-1-11

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____

_____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

  Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Dated: 11/23/11

Signed: _James A. McGovern_
James A. McGovern
PA Attorney I.D. No. 61361
Marshall, Dennehey, Warner, Coleman & Goggin
U.S. Steel Tower, Suite 2900
600 Grant Street
Pittsburgh, PA 15219
412-803-1180 Phone
412-803-1188 Fax