IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust,<br><br>Plaintiff,<br><br>v.<br><br>AFA FINANCIAL GROUP, et al.,<br><br>Defendants. | Civil Action No: 11-744 GMS |

### STIPULATION AND PROPOSED ORDER FURTHER EXTENDING STIPULATING DEFENDANT WILSON-DAVIS & CO., INC'S TIME TO RESPOND TO COMPLAINT AND SETTING SCHEDULE FOR MOTION BRIEFING AND FILING OF AMENDED COMPLAINT IN RESPONSE TO MOTION

WHEREAS, the defendant Wilson-Davis & Co., Inc., identified in the Complaint as defendant Wilson Davis ("Stipulating Defendant"), has requested a further extension of time to respond to the Complaint in this action (beyond that set in the prior Stipulation and Proposed Order Extending Time [D.I. 63], which was "So Ordered" on November 16, 2011) until December 22, 2011, in order allow additional time to evaluate the allegations of the Complaint and to formulate a response to those allegations, and the Stipulating Defendant has agreed to a proposed schedule for motion briefing and amending the Complaint and other terms, as outlined herein;

NOW THEREFORE, it is hereby STIPULATED AND AGREED, subject to the approval of the Court, as follows:

1.  The time within which the Stipulating Defendant may answer, move or otherwise respond to the Complaint is extended to and including December 22, 2011;

1

2. The time within which the Trustee may respond to any motion filed in lieu of an answer to the Complaint ("Opposition"), and the time within which the Trustee may amend the Complaint as a matter of course, pursuant to *Fed. R. Civ. P.* 15(a)(1)(B), in response to any such motion, is extended to and including February 24, 2012;

3. The time within which the Stipulating Defendant may reply to any Opposition of the Trustee is extended to and including March 23, 2012;

4. Plaintiff and the Stipulating Defendant agree that, by entering into this stipulation, the Stipulating Defendant does not waive any defenses to this action; provided, however, that the Stipulating Defendant waives any objection to the form or manner of service of the Summons and Complaint in the above-captioned matter under Federal Rule of Civil Procedure 4, and, accordingly, waive, with prejudice, all defenses under Federal Rules of Civil Procedure 12(b)(4) and 12(b)(5); and

5. Plaintiff and the Stipulating Defendant agree that, in accordance with and without limiting the provisions of Federal Rule of Civil Procedure 15, to the extent Stipulating Defendant contends at any time that the Complaint does not identify or state the correct legal name or legal nature of Stipulating Defendant, the Complaint may be amended to identify and state the correct legal name or legal nature of the Stipulating Defendant and that amendment will relate back to the date of the original Complaint, and the Stipulating Defendant's counsel will agree to accept service of the amended Complaint.

Dated: December 13, 2011

BUCHANAN INGERSOLL & ROONEY PC    GIBBONS, P.C.

/s/ *Geoffrey G. Grivner*
Geoffrey G. Grivner (#4711)
1105 North Market Street, Suite 1900
Wilmington, DE 19801
Tel: (302) 552-4200
Fax: (302) 552-4295
geoffrey.grivner@bipc.com

*Attorneys for Defendant
Wilson-Davis & Co., Inc.*

/s/ *Christopher Viceconte*
Christopher Viceconte (#5568)
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Tel: (302) 295-4958
Fax: (302) 295-4876
cviceconte@gibbonslaw.com

*Attorneys for Plaintiff*

It is **SO ORDERED**.

Dated: _____, 2011

_____
Gregory M. Sleet
Chief United States District Judge