SUMMONS IN A CIVIL ACTION

# United States District Court
# For the District of Delaware

JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust,

        Plaintiff,

v.

AFA FINANCIAL GROUP, *et al.*,

        Defendants.

Civil Action No. 1:11-cv-00744-UNA

## SUMMONS IN CIVIL ACTION

To:

> **Crown Capital Securities, LLC**
> **725 Town & Country Road, Suite 530**
> **Orange, CA  92868**

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> **Christopher Viceconte, Esq.**
> **Gibbons P.C.**
> **1000 N. West St., Suite 1200**
> **Wilmington, DE 19801-1058**
> **Telephone: (302) 295-4875**

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: August 26, 2011

Clerk of the Court

*Signature of Clerk or Deputy Clerk.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Civil Action No. 1:11-cv-00744-UNA

JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust,

against *Plaintiff(s)*

AFA FINANCIAL GROUP, et al.,

*Defendant(s)*

## AFFIDAVIT OF SERVICE

State of California )
County of Los Angeles } ss.:

The undersigned, being duly sworn, deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the state of California

That on **11/28/2011** at **11:47 AM** at **725 Town & Country Road, Orange, CA 92868**

deponent served a(n) **Summons In A Civil Action, Complaint And Demand For Jury Trial**

on **Crown Capital Securities LLC**, defendant therein named, a domestic Limited Liability Company,

by delivering thereat a true copy of each to **Henrik Sundstedt** personally,

deponent knew said limited liability company so served to be the limited liability company described in said documents as said defendant and knew said individual to be **Managing Agent** thereof.

<u>Description of Person Served:</u>
Gender : Male
Skin : White
Hair : Brown
Age : 36 - 50 Yrs.
Height : Over 6'
Weight : Over 200 Lbs.
Other :

State of California County of
LOS ANGELES
Subscribed and sworn to (or affirmed)
before me on this 29TH day of NOV., 20 11, by
GARY HANSEN,
proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.
Signature Rachael Bodnar
(Seal)

RACHAEL BODNAR
Commission # 1941118
Notary Public - California
Los Angeles County
My Comm. Expires Jul 14, 2015

Sworn to before me this

---------------------------------
Gary Hansen
License # 2988

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279