SUMMONS IN A CIVIL ACTION

# United States District Court
# For the District of Delaware

JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust,

           Plaintiff,

v.

AFA FINANCIAL GROUP, *et al.*,

           Defendants.

Civil Action No. 1:11-cv-00744-UNA

## SUMMONS IN CIVIL ACTION

To:

> Financial Telesis, Inc
> 2080 Cabot Blvd. West
> Longhorne, PA 19047

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Christopher Viceconte, Esq.
> Gibbons P.C.
> 1000 N. West St., Suite 1200
> Wilmington, DE 19801-1058
> Telephone: (302) 295-4875

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: August 25, 2011

Clerk of the Court

_____
Signature of Clerk or Deputy Clerk.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CIVIL ACTION NO.#:1:11-CV-00744-UNA

JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust,

against                                     Plaintiff(s)

AFA FINANCIAL GROUP, et al.,

Defendant(s)

## AFFIDAVIT OF SERVICE

State of California }
County of San Francisco } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of California

That on **12/6/2011** at **1:08 PM** at **4340 Redwood Highway, Suite A-23, San Rafael, California 94903**

deponent served a(n) **Summons In A Civil Action, Complaint And Demand For Jury Trial**

on **Financial Telesis Inc.** defendant therein named,

a domestic corporation by delivering thereat a true copy of each to **Jessie Mulry** personally,

deponent knew said corporation so served to be the corporation described in said documents as said defendant and knew said individual to be **Managing Agent** thereof.

Description of Person Served:
Gender : Female
Skin : White
Hair : Blonde
Age : 51 - 65 Yrs.
Height : 5' 4" - 5' 8"
Weight : 100-130 Lbs.
Other :

Sworn to before me this

_____                                    12-9-11
                                                           Matthew B. Anderson

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York, NY 10279

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

_____   _____
Signature of Document Signer No. 1   Signature of Document Signer No. 2 (if any)

State of California
County of San Francisco

Subscribed and sworn to (or affirmed) before me on this 8th day of December, 2011, by

(1) Matthew Blaine Anderson,
Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (x)

(and

(2) _____,
Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

Signature Joleen A. Russo
Signature of Notary Public

JOLEEN A. RUSSO
Commission # 1896706
Notary Public - California
San Francisco County
My Comm. Expires Aug 6, 2014

Place Notary Seal Above

——— OPTIONAL ———

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: Affidavit of Service

Document Date: _____   Number of Pages: 1

Signer(s) Other Than Named Above: _____

RIGHT THUMBPRINT OF SIGNER #1 — Top of thumb here

RIGHT THUMBPRINT OF SIGNER #2 — Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org Item #5910 Reorder: Call Toll-Free 1-800-876-6827