CERTIFICATE OF SERVICE

       I hereby certify that on December 16, 2011, I electronically filed the foregoing Opening Brief In Support of Motion to Dismiss The Complaint in its Entirety With Prejudice For Failure To Sufficiently State Claims For Relief Against The Broker Dealer Defendants with the Clerk of Court using the CM/ECF, which will send notification of such filings to the following:

    Andrew G. T. Moore II, Esq.
    Christopher Viceconte, Esq.
    Deborah A. Clifford, Esq.
    Gibbons PC
    1000 N. West Street
    Suite 1200
    Wilmington, DE 19801

       I hereby certify that on December 16, 2011, I have mailed, by United States Postal Service, the document to the following non-registered participants:

    Brian J. McMahon, Esq.
    Fruqan Mouzon, Esq.
    GIBBONS, P.C.
    One Gateway Center
    Newark, NJ 07102

                                      /s/ Theodore J. Tacconelli
                                    Theodore J. Tacconelli (No. 2678)
                                    FERRY, JOSEPH & PEARCE, P.A.
                                    824 Market Street, Suite 1000
                                    Wilmington, DE 19899
                                    (302) 575-1555
                                    ttacconelli@ferryjoseph.com