IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust,<br><br>Plaintiff,<br><br>v.<br><br>AFA FINANCIAL GROUP, et al.,<br><br>Defendants. | Civil Action No. 11-744 GMS |

CERTAIN DEFENDANTS'[1] MOTION TO DISMISS COMPLAINT FOR LACK OF
STANDING AND SUBJECT MATTER JURISDICTION PURSUANT TO
<u>RULE 12(B)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE</u>

Dated: December 16, 2011

---

[1] Due to the large number of Defendants joining in the Opening Brief, it was not feasible to list all of them and their counsel on the cover page as called for by D. Del. L.R. 7.1.3(a)(1). The Moving Defendants direct the Court's attention to Exhibit A for a list of all participating Defendants and to the signature blocks at the end of this Opening Brief for a list of all counsel.

2153304.1

Now come certain Broker-Dealer Defendants in the above-captioned case (collectively, the "Moving Defendants") and, pursuant to Federal Rule of Civil Procedure 12(b)(1) and D. Del. L.R. 7.1.2, move for entry of an order dismissing all counts of the Complaint. In this proceeding, the Plaintiff is Hon. James R. Zazzali, in his capacity as trustee ("Trustee") of the DBSI Private Actions Trust (the "PAT"), a trust created pursuant to a confirmed Plan of Reorganization in the Chapter 11 case for DBSI. The DBSI Chapter 11 case was filed in the Bankruptcy Court for the District of Delaware on November 12, 2008. Its plan of reorganization was confirmed by Order of the Bankruptcy Court dated October 26, 2010 (the "Confirmation Order"). The Trustee brings the claims and causes of action described in the Complaint, under the authority of the Confirmation Order, and against dozens of registered broker-dealers, their unnamed parent companies, and 500 unidentified "John Does" for a variety of causes of action arising out of literally thousands of transactions between the Defendant broker-dealers and their customers.

Importantly, however, all of the claims and causes of action asserted by the Trustee of the PAT are claims or causes of action that were originally owned by DBSI investors, and they were acquired by the PAT from these investors after creation of the PAT under the Confirmation Order. This Order established the PAT, created the mechanism by which the PAT could acquire and prosecute claims and causes of action owned by DBSI investors, and vested in James R. Zazzali, as Trustee, authority to prosecute the same against the Moving Defendants.

While the Bankruptcy Court, in entering the Confirmation Order, was purporting to exercise its statutory authority to establish this scheme, this statutory authority has recently been substantially curtailed by the United States Supreme Court on constitutional grounds. Specifically, in *Stern v. Marshall*, 131 S.Ct. 2594 (2011), the Supreme Court held that significant portions of the statutory grant of authority to the Bankruptcy Court violated the separation-of-

powers principles set forth in the United States Constitution and were thus void as unconstitutional.

As demonstrated in the accompanying Opening Brief, the statutory jurisdiction upon which the Bankruptcy Court entered the Confirmation Order must, under *Stern v. Marshall*, be considered unconstitutional. Therefore, the Confirmation Order, insofar as it vests James. R. Zazzali, as the PAT trustee, with authority to prosecute the claims and causes of action in this case is invalid. James R. Zazzali therefore has no standing and this Court lacks subject matter jurisdiction over this case.

The Moving Defendants incorporate by reference herein their Opening Brief filed contemporaneously herewith pursuant to D. Del. L.R. 7.1.3(c).

Wherefore, the Moving Defendants respectfully request that the Court enter an Order:

A. Dismissing all Counts of the Complaint as to them; and

B. Granting such other relief as the Court deems just and appropriate.

Respectfully Submitted,

**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

By: /s/  Armand J. Della Porta, Jr.
Armand J. Della Porta, Jr. (No. 2861)
1220 N. Market Street, 5th Fl.
Wilmington, DE  19801
Telephone:  (302) 552-4323
Facsimile:  (302) 651-7905
ajdellaporta@mdwcg.com

**AND**

**MARSHALL, DENNEHEY, WARNER, COLEMAN & COGGIN**
Denis C. Dice
Joel Wertman
1845 Walnut Street
Philadelphia, PA  19103
Telephone:  (215) 575-2779
*Attorneys for Triad Advisors, Inc.*


**MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN**

By: /s/  Armand J. Della Porta, Jr.
Armand J. Della Porta, Jr. (No. 2861)
1220 N. Market Street, 5th Fl.
Wilmington, DE  19801
Telephone:  (302) 552-4323
Facsimile:  (302) 651-7905
ajdellaporta@mdwcg.com

**AND**

**MARSHALL, DENNEHEY, WARNER, COLEMAN & COGG**
James A. McGovern
U.S. Steel Tower, Suite 2900
600 Grant Street
Pittsburgh, PA  15219
412-803-1180
412-803-1188 (Fax)
jamcgovern@mdwcg.com
*Attorneys  for Investors Capital Corporation*

**FERRY, JOSEPH & PEARCE, P.A.**

By: /s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899-1351
Telephone: (302) 575-1555
Facsimile: (302) 575-1714
ttaconelli@ferryjoseph.com

**AND**

**BIRGE & MINCKLEY, PC**

Carla B. Minckley
Thomas D. Birge
9055 East Mineral Circle, Suite 110
Centennial, Colorado 80112-3457
Telephone (303) 860-7100
Facsimile (303) 860-7338
cminckley@brigeminckley.com
tbirge@brigeminckley.com
*Attorneys for Geneos Wealth Management, Inc.*


**POLSINELLI SHUGHART**

*By:* /s/ Christopher A. Ward
Christopher A. Ward (Del. Bar No. 3877)
Shanti M. Katona (Del. Bar No. 5352)
Andrew J. Nazar (admitted *pro hac vice*)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
skatona@polsinelli.com
*Attorneys for Beneficial Investment Services, Inc.*

**RICHARDS LAYTON & FINGER, PA**

By: /s/ Robert J. Stearn, Jr.
Robert J. Stearn, Jr. (No. 2915)
Julie A. Finocchiaro (No. 5303)
920 N. King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
stearn@rlf.com
finnocchiaro@rlf.com

**AND**

**FAEGRE & BENSON LLP**

Terri L. Combs
Jeff J. Hicks
801 Grand Ave, Suite 3100
Des Moines, Iowa 50309
Telephone: (515) 447-4107
Facsimile: (515) 248-9010
tcombs@faegre.com
jjhicks@faegre.com

*Attorneys for Woodbury Financial Services, Inc.*
*And VSR Financial Services, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2011, I electronically filed the foregoing Certain Defendants' Motion to Dismiss Complaint for Lack of Standing and Subject Matter Jurisdiction Pursuant to Rule 12(B)(1) of the Federal Rules of Civil Procedure, which will send notification of such filings to the following:

Andrew G. T. Moore II, Esq.
Christopher Viceconte, Esq. Gibbons PC
1000 N. West Street
Suite 1200
Wilmington, DE 19801

Brian J. McMahon,
Esq. James M. Lee, Esq.
Frugan Mouzon, Esq.
GIBBONS, P.C.
One Gateway Center Newark, NJ 07102

By: /s/ Armand J. Della Porta, Jr.
Armand J. Della Porta, Jr. (No. 2861)
1220 N. Market Street, 5th Fl.
Wilmington, DE 19801
Telephone: (302) 552-4323
Facsimile: (302) 651-7905
ajdellaporta@mdwcg.com

# EXHIBIT A

## Broker Defendants Joining The Motion

| Defendant's Name |
| --- |
| Geneos Wealth Management, Inc. |
| Woodbury Financial Services, Inc. |
| VSR Financial Services, Inc. |
| Beneficial Investment Services, Inc. |
| Triad Advisors, Inc. |
| Investors Capital Corporation |