# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust,<br><br>          Plaintiff,<br><br>v.<br><br>AFA FINANCIAL GROUP, et al.,<br><br>          Defendants. | Civil Action No.: 11-744-GMS |

## CORPORATE DISCLOSURE PURSUANT TO
## FEDERAL RULE OF BANKRUPTCY PROCEDURE 7007.1

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, Beneficial Investor Services ("Beneficial") files this Corporate Ownership Statement.

### Rule 7007.1 Corporate Ownership Statement

Insphere Insurance Solutions, Inc. wholly owns, Beneficial which was renamed Insphere Securities Inc.

2158877.1

|  |  |
|---|---|
| Dated:  January 3, 2012 | **POLSINELLI SHUGHART** |
| Wilmington, Delaware |  |

  /s/  Christopher A. Ward
Christopher A. Ward (Del. Bar No. 3877)
Shanti M. Katona (Del. Bar No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
skatona@polsinelli.com

Counsel for Beneficial Investment Services, Inc.

2158877.1