# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust,<br><br>Plaintiff,<br><br>v.<br><br>AFA FINANCIAL GROUP, et al.,<br><br>Defendants. | Civil Action No. 11-744 GMS |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME FOR SERVICE OF SUMMONS AND COMPLAINT AND FOR RELATED RELIEF

AND NOW, this 5th day of Jan____, 2012, upon consideration of Plaintiff's motion, pursuant to Federal Rules of Civil Procedure ("FRCP") 4(m) and 6(b)(1)(A), to extend the deadline for service of the summons and complaint under FRCP 4(m), and the time period referenced in FRCP 15(c)(1)(C) (the "Motion"), the Motion is GRANTED and, subject to and without limiting Plaintiff's right to make further application for relief with respect to any amendments of the Complaint under the FRCP and/or the periods provided in FRCP 4(m) and 15(c)(1)(C), it is hereby ORDERED that:

1. The time for Plaintiff to serve the Summons and Complaint in this action (as the Complaint may be amended from time to time, subject to and in accordance with FRCP 15 and 21) is extended by ninety (90) days from December 20, 2011, and FRCP 4(m) will be satisfied by service of the Complaint (as it may be amended from time to time, subject to and in accordance with FRCP 15 and 21) on or before March 19, 2012; and

2. With respect to defendants who may be added as defendants or changed through amendments to the Complaint on or after the filing of the Motion, the time for Plaintiff to serve

the Summons and Complaint in this action (as the Complaint may be amended from time to time, subject to and in accordance with FRCP 15 and 21) under FRCP 4(m) and the time period referenced in FRCP 15(c)(1)(C) shall expire no earlier than March 19, 2012.

3. Subject to and without waiving Plaintiff's claim of actual and imputed notice to the Parent Corp. and John Doe defendants named in the Complaint and the satisfaction of the factors listed in FRCP 15(c) with respect to application of the relation back doctrine to those Parent Corp. and John Doe defendants, Plaintiff may conduct limited discovery by way of no more than three (3) interrogatories to the broker-dealer defendants, to be served with ten (10) days of the date of this Order and responded to within the time prescribed by the FRCP, in order to identify the Parent Corp. and John Doe defendants and affiliated fictitious entities and individuals described in the Complaint. Within sixty (60) days of Plaintiff's receipt of each broker-dealer defendant's responsive and substantive interrogatory answers and based upon the same, Plaintiff may (a) amend the Complaint to add any identified Parent Corp. and John Doe defendant and affiliated entity and individual as a defendant, (b) serve any identified Parent Corp. and John Doe defendant and affiliated entity and individual with the Complaint and/or Amended Complaint, and/or (c) otherwise provide further notice of this action to any identified Parent Corp. and John Doe defendant and affiliated entity and individual, and any one of such actions of Plaintiff, if taken within said sixty (60) day period, will be deemed to satisfy the time periods prescribed by FRCP 4(m) and FRCP 15(c) for purposes of achieving relation back of the Amended Complaint to the date of filing of the original Complaint.

It is SO ORDERED.

_____
Chief United States District Judge