IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust,<br><br>Plaintiff,<br><br>v.<br><br>AFA FINANCIAL GROUP, et al.,<br><br>Defendants. | C.A. No. 11-744-GMS |

**ORDER VACATING ORDER GRANTING PLAINTIFF'S
MOTION TO EXTEND TIME FOR SERVICE OF SUMMONS AND
COMPLAINT AND FOR RELATED RELIEF (D.I. 99)**

The Court having considered the request of Defendants Woodbury Financial Services, Inc., VSR Financial Services, Inc., Beneficial Investment Services, Inc., Triad Advisors, Inc., Investors Capital Corporation, and Geneos Wealth Management Inc. for the vacation of the Court's January 5, 2012 Order Granting Plaintiff's Motion to Extend Time for Service of Summons and Complaint and for Related Relief (D.I. 99) (the "Extension Order") so that briefing on Plaintiff's Motion to Extend Time for Service of Summons and Complaint and for Related Relief (D.I. 83) (the "Extension Motion") may proceed pursuant to the Court's January 5, 2012 Order approving the stipulation (D.I. 94) extending stipulating Defendants' time to respond to, and Plaintiff's time to reply in support of, the Extension Motion (the "Order Approving the Stipulation"), and good cause having been shown,

RLF1 5750530v. 2

IT IS HEREBY ORDERED this 13th day of January, 2012, that the Extension Order is vacated and the parties shall complete briefing on the Extension Motion pursuant to the Order Approving the Stipulation.

_____
HONORABLE GREGORY M. SLEET
CHIEF, UNITED STATES DISTRICT JUDGE

2

RLF1 5750530v. 2