IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust,<br><br>Plaintiff,<br><br>v.<br><br>AFA FINANCIAL GROUP, et al.,<br><br>Defendants. | Civil Action No: 11-744 GMS |

### STIPULATION AND PROPOSED ORDER SETTING PLAINTIFF'S TIME TO RESPOND TO JOINDER AND/OR AMEND COMPLAINT IN RESPONSE TO JOINDER

WHEREAS, Defendant Crown Capital Securities, L.P. ("Crown Capital"), on December 19, 2011, filed a Joinder of Crown Capital Securities, LLC to Motions to Dismiss [D.I. 87] ("Joinder"), pursuant to which Crown Capital joined in the motions of certain defendants ("Moving Defendants"), filed on December 16, 2011, to dismiss the Complaint in its entirety with prejudice for failure to sufficiently state claims for relief against the Broker-Dealer Defendants [D.I. 80, 81, and 82] and to dismiss the Complaint for lack of standing and subject matter jurisdiction pursuant to *Fed. R. Civ. P.* 12(b)(1) [D.I. 85] (collectively, the "Motions to Dismiss");

WHEREAS, the Trustee and the Moving Defendants previously agreed to a schedule for responding to the Complaint and motion briefing and amending the Complaint as a matter of course pursuant to *Fed. R. Civ. P.* 15(a)(1)(B), along with other terms, which agreement was memorialized in a Stipulation and Proposed Order [D.I. 64], which was "So Ordered" by the Court on November 16, 2011 (the "Stipulation");

1

WHEREAS, Crown Capital, having joined in the Motions to Dismiss, has agreed to the schedule for motion briefing and amending the Complaint as a matter of course as set forth in the Stipulation;

NOW THEREFORE, it is hereby STIPULATED AND AGREED, subject to the approval of the Court, as follows:

1. The Trustee's time to respond to Crown Capital's Joinder, including the Trustee's time to amend the Complaint as a matter of course in response to the Joinder pursuant to *Fed. R. Civ. P.* 15(a)(1)(B), is extended to and including February 17, 2012;

2. The time within which Crown Capital may reply to any response of the Trustee in opposition to the Joinder is extended to and including March 16, 2012;

3. In the event that the Trustee files an amended complaint as a matter of course pursuant to *Fed. R. Civ. P.* 15(a)(1)(B), rather than and/or in addition to an opposition to Crown Capital's Joinder, Crown Capital shall have 60 days from the date any amended complaint is accepted for filing by the Court to respond to any amended complaint;

4. The Trustee and Crown Capital agree that, by entering into this stipulation, Crown Capital does not waive any defenses to this action, including defenses based upon lack of personal jurisdiction; provided, however, that Crown Capital waives any objection to the form or manner of service of the Summons and Complaint in the above-captioned matter under *Fed. R. Civ. P.* 4 and, accordingly, waives with prejudice all defenses under *Fed. R. Civ. P.* 12(b)(4) and 12(b)(5);

5. The Trustee and Crown Capital agree that the agreements made herein are not intended to bind, and do not bind, the corporate parents or other affiliates of Crown Capital

(including but not limited to the "Parent Corp." entity listed as a defendant in the Complaint) that have not expressly agreed to or entered into this stipulation in their own right; and

6. The Trustee and Crown Capital agree that, in accordance with and without limiting the provisions of *Fed. R. Civ. P.* 15, to the extent that Crown Capital contends at any time that the Complaint does not identify or state the correct legal name or legal nature of Crown Capital, the Complaint may be amended to identify and state the correct legal name or legal nature of Crown Capital and that amendment will relate back to the date of the original Complaint, and Crown Capital's counsel will agree to accept service of the amended complaint.

*[Remainder of Page Intentionally Left Blank]*

Dated: January 19, 2012

| | |
|---|---|
| GIBBONS, P.C. | RICHARDS, LAYTON & FINGER, P.A. |
| /s/ Christopher Viceconte | /s/ Julie A. Finocchiaro |
| Christopher Viceconte (DE Bar #5568) | Robert J. Stearn, Jr. (DE Bar #2915) |
| 1000 N. West Street, Suite 1200 | Julie A. Finocchiaro (DE Bar #5303) |
| Wilmington, DE 19801-1058 | One Rodney Square |
| Tel: (302) 295-4875 | 920 N. King Street |
| Fax: (302) 295-4876 | Wilmington, DE 19801 |
| cviceconte @gibbonslaw.com | Tel: (302) 651-7700 |
| *Counsel for Plaintiff* | Fax: (302) 651-7701 |
| | stearn@rlf.com |
| | finocchiaro@rlf.com |

- and -

Craig Bockman, Esq.
Jones, Bell, Abbott, Fleming & Fitzgerald, L.L.P.
601 S. Figueroa Street, 27th Floor
Los Angeles, California 90017
Telephone: (213) 485-1555
Facsimile: (213) 689-1004
crbockman@jonesbell.com

*Counsel for Defendant*
*Crown Capital Securities, L.P.*

It is **SO ORDERED**.

Dated: _____, 2012

_____
Gregory M. Sleet
Chief United States District Judge