IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust,<br><br>        Plaintiff,<br><br>    v.<br><br>SECURITIES AMERICA, INC., TRIAD ADVISORS, INC. AND PENSION PLANNER SECURITIES, et al.<br><br>        Defendant. | Civil Action No. 1:11-cv-00744 |

### SUBSTITUTION OF COUNSEL

Please be advised that Armand J. Della Porta, Esquire, hereby withdraws his appearance for Defendants, Securities America, Inc., Triad Advisors, Inc. and Pension Planner Securities, and that Art C. Aranilla, Esquire of Marshall, Dennehey, Warner, Coleman & Goggin shall be entering his appearance on behalf of Defendants, Securities America, Inc., Triad Advisors, Inc. and Pension Planner Securities.

        **MARSHALL, DENNEHEY, WARNER,**
        **COLEMAN & GOGGIN**

        /s/ Armand J. Della Porta, Jr. (#2861)
        ARMAND J. DELLA PORTA, JR., ESQ.

        /s/ Art C. Aranilla (#4516)
        ART C. ARANILLA, ESQ.
        1220 N. Market Street, Suite 500
        P.O. Box 8888
        Wilmington, DE  19899-8888
        (302) 552-4354
        Attorney for Defendants
        Securities America, Inc., Triad Advisors, Inc. and
        Pension Planner Securities

Dated:  February 6, 2012

## CERTIFICATE OF SERVICE

I hereby certify that I have served upon all persons listed on the service list, a true and correct copy of the SUBSTITUTION OF COUNSEL, in the above-captioned matter this date via CM/ECF electronic filing.

       /s/ Art C. Aranilla (#4516)
ART C. ARANILLA, ESQ.
1220 N. Market Street, Suite 500
P.O. Box 8888
Wilmington, DE  19899-8888
(302) 552-4354
Attorney for Defendants
Securities America, Inc., Triad Advisors, Inc. and Pension Planner Securities

Dated:  February 6, 2012

15/1322111.v1