# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust, <br><br>            Plaintiff, <br><br>  v. <br><br>ADVISORY GROUP EQUITY SERVICES, LTD., *et al.* <br><br>            Defendants. | C.A. No. 11-00744-GMS |

## SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Art C. Aranilla, Esquire of Marshall, Dennehey, Warner, Coleman & Goggin enters his appearance on behalf of Defendant Investors Capital Corporation, and that Armand J. Della Porta, Esquire of Marshall, Dennehey, Warner, Coleman & Goggin, hereby withdraws his appearance for Defendant Investors Capital Corporation.

| | |
|---|---|
| MARSHALL, DENNEHEY, WARNER COLEMAN & GOGGIN | MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN |
| /s/ Armand J. Della Porta <br> Armand J. Della Porta (#2861) <br> 1220 Market Street, 5th Flr. <br> P.O. Box 8888 <br> Wilmington, DE 19899-8888 | /s/ Art C. Aranilla <br> Art C. Aranilla (#4516) <br> 1220 Market Street, 5th Flr. <br> P.O. Box 8888 <br> Wilmington, DE 19899-8888 |
| *Withdrawing Attorney for Defendant Investors Capital Corporation* | *Appearing Attorney for Defendant Investors Capital Corporation* |
| Dated: February 17, 2012 | Dated: February 17, 2012 |

15/1331059.v1