IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust, | : |
| Plaintiff, | : |
| v. | : No. 1:11-cv-00744-GMS |
| AFA FINANCIAL GROUP, ET AL. | : |
| Defendants. | : |

### ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Art C. Aranilla, Esquire, of the law firm of Marshall Dennehey Warner Coleman & Goggin hereby enters his appearance on behalf of Defendant GWR Investments in the matter captioned above, reserving all available rights and defenses, and waiving none.

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

*/s/ Art C. Aranilla*
Art C. Aranilla, Esquire (#4516)
1220 North Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE 19899 – 8888
tel.: 302-552-4329
fax.: 302-651-7905
e-mail: acaranilla@MDWCG.com

Dated: March 2, 2012           *Counsel for Defendant GWR Investments*

15/1341232.v1