IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust, | : : : | |
| Plaintiff, | : : | |
| v. | : : | No. 1:11-cv-00744-GMS |
| AFA FINANCIAL GROUP, ET AL. | : : | |
| Defendants. | : | |

**STIPULATION AND PROPOSED ORDER EXTENDING STIPULATING
DEFENDANT GWR INVESTMENTS' TIME TO RESPOND TO
COMPLAINT AND SETTING SCHEDULE FOR MOTION BRIEFING
AND FILING OF AMENDED COMPLAINT IN RESPONSE TO MOTION**

WHEREAS, Defendant, GWR Investments ("Stipulating Defendant"), has requested an Extensive of Time to respond to the Complaint in this Action until March 23, 2012, in order to allow additional time to evaluate the allegations of the Complaint and to formulate a response to those allegations, and the Stipulating Defendant has agreed to a proposed schedule for Motion Briefing and Amending the Complaint and other terms, as outlined herein;

NOW THEREFORE, it is hereby STIPULATED and AGREED, subject to the approval of the Court, as follows:

The time within which the Stipulating Defendant may answer, move or otherwise respond to the Complaint is extended to and including March 23, 2012;

The time within which the Trustee may respond to any Motion filed in lieu of an Answer to the Complaint ("Opposition"), and the time within which the Trustee may amend the Complaint as a matter of course, pursuant to Fed. R. Civ. P. 15(a)(1)(B), in response to any such Motion, is extended to and including May 20, 2012;

The time within which the Stipulating Defendant may reply to any Opposition of the Trustee is extended to and including June 17, 2012;

Plaintiff and the Stipulating Defendant agree that, by entering into this Stipulation, the Stipulating Defendant does not waive any defenses to this action; provided, however, that the Stipulating Defendant waives any objection to the form or manner of service of the Summons and Complaint in the above-captioned matter under Federal Rule Civil Procedure 4, and accordingly, waives, with prejudice, all defenses under Federal Rules of Civil Procedure 12(b)(4) and 12(b)(5); and

Plaintiff and the Stipulating Defendant agree that, in accordance with and without limiting the provisions of Federal Rule of Civil Procedure 15, to the extent Stipulating Defendant contends at any time that the Complaint does not identify or state the correct legal name or legal nature of Stipulating Defendant, the Complaint may be amended to identify and state the correct legal name or legal nature of the Stipulating Defendant and that amendment will relate back to the date of the original Complaint, and the Stipulating Defendant's counsel will agree to accept service of the Amended Complaint.

| MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN | GIBBONS, P.C. |
|---|---|
| */s/ Art C. Aranilla* | */s/ Christopher Viceconte* |
| Art Aranilla, Esquire (#4516) | Christopher Viceconte, Esquire (#5568) |
| 1220 N. Market Street, 5th Fl. | 1000 N. West Street, Suite 1200 |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (P) 302-552-4354 | (P) 302-295-4958 |
| (F) 302-651-7905 | (F) 302-295-4876 |
| acaranilla@mdwcg.com | cviceconte@gibbonslaw.com |
| *Counsel for Defendant GWR Investments* | *Counsel for Plaintiff James Zazzali, as Trustee for the DBSI Private Actions Trust* |
| Dated:  March 2, 2012 | Dated: March 2, 2012 |

It is so **ORDERED**.


Dated:  March_____, 2012

                                                                          Gregory M. Sleet
                                                                          Chief United States District Judge

01/7670742.V1