IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust, | : <br> : No. 1:11-cv-00744-GMS <br> : |
| Plaintiff, | : <br> : |
| v. | : <br> : |
| AFA FINANCIAL GROUP, ET AL. | : <br> : |
| Defendants. | : |

## **DEFENDANT GWR INVESTMENTS' JOINDER TO MOTION TO DISMISS**

Defendant GWR Investments ("GWR"), by and through its undersigned counsel, moves to dismiss the above-captioned action (the "Action") pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure (the "Federal Rules") as this Court lacks subject matter jurisdiction over the Action, and the plaintiff is without standing to bring the claims against GWR. Alternatively, GWR moves to dismiss the Action pursuant to Federal Rule 12(b)(6) for failure to state a claim.

In support of its motions, GWR joins in the following pleadings (the "Supporting Pleadings") to the extent such pleadings support dismissal of the Action as to GWR:

- Motion to Dismiss the Complaint it its Entirely with Prejudice for Failure to Sufficiently State Claims for Relief Against the Broker Dealer Defendants [D.I. 80];

- Opening Brief in Support of Motion to Dismiss the Complaint in its Entirety With Prejudice for Failure to Sufficiently State Claims for Relief Against the Broker Dealer Defendants [D.I.81];

- Appendix in Support of Motion to Dismiss Complaint in its Entirety With Prejudice for Failure to Sufficiently State a Claim for Relief Against the Broker Dealer Defendants [D.I. 82]; and

- Certain Defendants' Motion to Dismiss Complaint for Lack of Standing and Subject Matter Jurisdiction Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, and Opening Brief in Support of Certain Defendants' Motion to

Dismiss Complaint for Lack of Standing and Subject Matter Jurisdiction Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure [D.I. 85].

GWR incorporates the arguments set forth in the Supporting Pleadings as if fully set forth herein, to the extent such arguments support dismissal of the Action as to GWR.

GWR expressly reserves and preserves its rights to supplement this Joinder, including, but not limited to, presenting any additional arguments in connection with each of the Supporting Pleadings. Further, nothing herein may be construed to wave or otherwise impair any rights that GWR may have including any defenses in law or equity.

Respectfully submitted,

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

 /s/ Art C .Aranilla
Art C. Aranilla, Esquire  (#4516)
1220 N. Market Street, 5th Floor
P.O. Box 8888,
Wilmington, DE. 19899-8888
(302) 552-4300
acaranilla@mdwcg.com

*Attorneys for Defendant GWR Investments*

OF COUNSEL:
Denis C. Dice, Esquire
Joel Wertman, Esquire
Marshall Dennehey Warner Coleman & Goggin
1845 Walnut Street, 17th Floor
Philadelphia, PA  19103

*Attorneys for Defendant GWR Investments*

Dated:  March 6, 2012

01/7670970.v1