**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust, | : : : | |
| Plaintiff, | : : | |
| v. | : : | No. 1:11-cv-00744-GMS |
| AFA FINANCIAL GROUP, ET AL. | : : | |
| Defendants. | : | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the Admission *Pro Hac Vice* of Joel M. Wertman to represent Defendant GWR Investments in this case.

                                        Respectfully submitted,

                                        MARSHALL, DENNEHEY, WARNER,
                                        COLEMAN & GOGGIN

                By:    */s/ Art C. Aranilla*
                         ART C. ARANILLA (#4516)
                         1220 N. Market Street, 5th Fl.
                         Wilmington, DE  19899-8888
                         Phone (302) 552-4300
                         Fax (302) 651-7905
                         acaranilla@mdwcg.com
                         *Attorneys for Defendant GWR Investments*

Dated:  March 6, 2012

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, and admitted, practicing and in good standing as a member of the Bars of Pennsylvania and New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been, or will be, paid to the Clerk of Court for District Court.

*/s/ Joel M. Wertman*
Joel M. Wertman
Marshall, Dennehey, Warner,
Coleman & Goggin
1845 Walnut Street, 17th Floor
Philadelphia, PA 19103
(P) 215-575-2586
(F) 215-575-0856
jmwertman@mdwcg.com

Dated: March 6, 2012

## ORDER GRANTING MOTION

It is hereby **ORDERED** that counsel's Motion for Admission Pro Hac Vice is granted.

BY THE COURT:

_____
THE HONORABLE GREGORY M. SLEET
Chief Judge, U.S. District Court
for the District of Delaware

Dated: