IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 1:11-cv-00744-GMS |
| | : | |
| AFA FINANCIAL GROUP, ET AL. | : | |
| | : | |
| Defendants. | : | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the

Admission *Pro Hac Vice* of Denis C. Dice to represent Defendant GWR Investments in this case.

                                      Respectfully submitted,

                                      MARSHALL, DENNEHEY, WARNER,
                                      COLEMAN & GOGGIN

By:    __/s/ Art C. Aranilla_____
          ART C. ARANILLA (#4516)
          1220 N. Market Street, 5th Fl.
          Wilmington, DE  19899-8888
          Phone (302) 552-4300
          Fax (302) 651-7905
          acaranilla@mdwcg.com
          *Attorneys for Defendant GWR Investments*

Dated:  March 6, 2012

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, and admitted, practicing and in good standing as a member of the Bar of Pennsylvania and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05.  I further certify that the annual fee of $25.00 has been, or will be, paid to the Clerk of the District Court.

> /s/ Denis C. Dice
> Denis C. Dice
> Marshall, Dennehey, Warner,
> Coleman & Goggin
> 1845 Walnut Street, 17th Floor
> Philadelphia, PA 19103
> (P)  215-575-25779
> (F)  215-575-0856
> dcdice@mdwcg.com

Dated:  March 6, 2012

## ORDER GRANTING MOTION

It is hereby **ORDERED** that counsel's Motion for Admission *Pro Hac Vice* is granted.

> BY THE COURT:
>
> _____
> THE HONORABLE GREGORY M. SLEET
> Chief Judge, U.S. District Court
> for the District of Delaware

Dated:  March ____, 2012