IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust,<br><br>Plaintiff,<br><br>v.<br><br>AFA FINANCIAL GROUP, et al.,<br><br>Defendants. | Civil Action No: 11-744 GMS |

### STIPULATION AND PROPOSED ORDER FURTHER EXTENDING STIPULATING DEFENDANT WILSON-DAVIS & CO., INC'S TIME TO RESPOND TO PLAINTIFF'S ANSWERING BRIEF IN OPPOSITION TO MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

WHEREAS, the defendant Wilson-Davis & Co., Inc., identified in the Complaint as defendant Wilson Davis ("Stipulating Defendant"), has requested a further extension of time to file its Reply Brief in Support of Motion to Dismiss for Failure to State a Claim in this action (beyond that set in the prior Stipulation and Proposed Order Extending Time [D.I. 77], which was "So Ordered" on January 4, 2012) from March 23, 2012 until March 30, 2012, in order allow additional time to respond to the arguments asserted in Plaintiff's Answering Brief in Opposition to Motion to Dismiss for Failure to State a Claim (the "Answering Brief") [D.I. 115] necessitated by Stipulating Defendant's counsel involvement in a prolonged trial;

NOW THEREFORE, it is hereby STIPULATED AND AGREED, subject to the approval of the Court, as follows:

1. The time within which the Stipulating Defendant may reply to the Answering Brief is extended to and including March 30, 2012.

Dated: March 19, 2012

| BUCHANAN INGERSOLL & ROONEY PC | GIBBONS, P.C. |
|---|---|
| /s/ *Geoffrey G. Grivner* | /s/ *Christopher Viceconte* |
| Geoffrey G. Grivner (#4711) | Christopher Viceconte (#5568) |
| 1105 North Market Street, Suite 1900 | 1000 N. West Street, Suite 1200 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Tel: (302) 552-4200 | Tel: (302) 295-4958 |
| Fax: (302) 552-4295 | Fax: (302) 295-4876 |
| geoffrey.grivner@bipc.com | cviceconte@gibbonslaw.com |
| *Attorneys for Defendant Wilson-Davis & Co., Inc.* | *Attorneys for Plaintiff* |

It is **SO ORDERED.**

Dated: _____, 2012

_____
Gregory M. Sleet
Chief United States District Judge