IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust,<br><br>Plaintiff,<br><br>v.<br><br>AFA FINANCIAL GROUP, et al.,<br><br>Defendants. | Civil Action No: 11-744 GMS |

## NOTICE OF DISMISSAL AS TO PACIFIC WEST SECURITIES, INC. AND PACIFIC WEST SECURITIES, INC. PARENT CORP.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses, without prejudice, all claims in this action against Defendants, Pacific West Securities, Inc. and Pacific West Securities, Inc. Parent Corp.

Dated: May 9, 2012
Wilmington, DE

**GIBBONS P.C.**

By: /s/ Christopher Viceconte
Christopher Viceconte, Esq. (Bar No. 5568)
1000 N. West Street, Suite 1200
Wilmington, DE 19801-1058
Telephone: (302) 295-4875
Facsimile: (302) 295-4876
E-mail: cviceconte@gibbonslaw.com

Of Counsel:
Brian J. McMahon, Esq.
James M. Lee, Esq.
Fruqan Mouzon, Esq.
Debra A. Clifford, Esq.
GIBBONS P.C.
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500

*Counsel to Plaintiff James R. Zazzali,
as Trustee for the DBSI Private Actions Trust*