June 11, 2012



ONE BOARDWALK AVENUE
SUITE 103
THOUSAND OAKS, CA. 91360
TEL 805-494-1825    FAX 805-494-4541

KENNETH D. GROSS  EA, CFP

Clerk-US District Court
District of Delaware
844 N. King St. Unit 18
Wilmington, DE 19801-3570

FILED
JUN 1 4 2012
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: **James R. Zazzali, as Trustee for the DBSI Private Actions Trust v. AFA Financial Group, et al.**
**Civil Action No. 1:11-CV-00744-GMS**

Dear Clerk for US District Court of Delaware,

Today, I called the office of the clerk to discuss the civil action noted above. It appears that I have been sent an Alias Summons in this civil action and I am not a defendant named in the complaint. The Clerk searched my name, and my company name, and advised me that I was not on the docket.

The first time I knew of this case was on April 24 when I received the Alias Summons. The clerk informed me this was docket No. 129

The name of my company is Ken Gross Financial, Inc., d.b.a. Strategic Financial. I'm located at One Boardwalk Avenue Suite 103 Thousand Oaks, CA 91360.

The clerk advised me that there is another company in Minnesota that goes by the same name, Strategic Financial that is represented by Mr. Kevin J Connors. He does not represent me.

As per the clerk, if I am not named as a defendant in this case I am requesting that you please remove my name, and my company name, from the records.

Thank you for your attention to this matter.

Respectfully,

*[signature]*

Kenneth D, Gross, EA, CFP

FEE-ONLY TAX AND FINANCIAL PLANNING

**CERTIFIED MAIL**

STRATEGIC FINANCIAL
KEN GROSS
1 BOARDWALK AVENUE, SUITE 103
THOUSAND OAKS, CA 91360



7003 1680 0001 7968 3663

Clerk - US District Court
District of Delaware
844 N. King Street Unit 18
Wilmington DE 19801-3570



$5.75
US POSTAGE
FIRST-CLASS
FROM 91360
JUN 11 2012
stamps.com

