IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 11-744 GMS |
| AFA FINANCIAL GROUP, et. al. | ) ) | |
| Defendants. | ) ) | |

**JOINDER OF WAVELAND CAPITAL PARTNERS LLC TO MOTIONS TO DISMISS**

Defendant Waveland Capita Partners ("Waveland"), by and through its undersigned counsel, moves to dismiss the above-captioned action (the "Action") pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure (the "Federal Rules" because this Court lacks subject matter jurisdiction and the plaintiff is without standing to bring the claims against Waveland. Alternatively, Waveland moves to dismiss the Action pursuant to Federal Rule 12(b)(6) for failure to state a claim.

In support of its motions, Waveland joins in the following pleadings (the "Supporting Pleadings") to the extent such pleadings support dismissal of the Action as to Waveland:

- Motion to Dismiss the Complaint it its Entirely with Prejudice for Failure to Sufficiently State Claims for Relief Against the Broker Dealer Defendants [D.I. 80];

- Opening Brief in Support of Motion to Dismiss the Complaint in its Entirety With Prejudice for Failure to Sufficiently State Claims for Relief Against the Broker Dealer Defendants [D.I. 81];

- Appendix in Support of Motion to Dismiss Complaint in its Entirety With Prejudice for Failure to Sufficiently State a Claim for Relief Against the Broker Dealer Defendants [D.I. 82];

- Certain Defendants' Motion to Dismiss Complaint for Lack of Standing and Subject Matter Jurisdiction Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, and Opening Brief in Support of Certain Defendants' Motion to Dismiss Complaint for Lack of Standing and Subject Matter Jurisdiction Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure [D.I. 85].;

- Reply Brief in Support of Motion to Dismiss the Complaint in its Entirety with Prejudice for Failure to Sufficiently State Claims for Relief Against the Broker Dealer Defendants [D.I. 123]; and

- Reply Brief in Support of Certain Defendants' Motion to Dismiss for Lack of Standing and Subject Matter Jurisdiction Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure [D.I. 124].

Waveland incorporates the arguments set forth in the Supporting Pleadings as if fully set forth herein, to the extent such arguments support dismissal of the Action as to Waveland.

Waveland expressly reserves and preserves its rights to supplement this Joinder, including, but not limited to, presenting any additional arguments in connection with each of the Supporting Pleadings. Further, nothing herein may be construed to wave or otherwise impair any rights that Waveland may have including any defenses in law or equity.

                                        **FERRY, JOSEPH & PEARCE, P.A.**

Dated: June 15, 2012                 /s/ Theodore J. Tacconelli
                                                    Theodore J. Tacconelli (No. 2678)
                                                    824 Market Street, Suite 1000
                                                    P.O. Box 1351
                                                    Wilmington, DE 19899
                                                    Telephone: (302) 575-1555
                                                    Facsimile: (302) 575-1714
                                                    *Local Counsel for Waveland Capital Partners LLC*

                                                    -and-

                                                    **HULL EVANS & KOB LLP**

                                                    Brett G. Evans
                                                    Jeffrey S. Kob
                                                    180 E. Main Street, Suite 104
                                                    Tustin, CA 92780
                                                    Telephone: (949) 464-8084
                                                    Facsimile: (949) 954-8186
                                                    *Counsel for Waveland Capital Partners LLC*