# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 11-744 GMS |
| AFA FINANCIAL GROUP, et. al. | ) ) | |
| Defendants. | ) ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Brett G. Evans, Esq. and Jeffrey S. Kob, Esq. to represent defendant Waveland Capital Partners LLC in this matter. Pursuant to this Court's Standing Order effective July 23, 2009, the annual fees for the attorneys listed above will be submitted upon the filing of this motion.

FERRY, JOSEPH & PEARCE, P.A.

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899
(302) 575-1555

Dated: June 15, 2012

Local Counsel for Defendant Waveland Capital Partners LLC

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Dated: June 15, 2012

                                           Brett G. Evans, Esq.
                                           Hull Evans & Kob LLP
                                           180 E. Main Street
                                           Suite 104
                                           Tustin, CA 92780
                                           Phone: (949) 464-8084
                                           Counsel for Waveland Capital Partners LLC

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Dated: June 15, 2012

Jeffrey S. Kob, Esq.
Hull Evans & Kob LLP
180 E. Main Street
Suite 104
Tustin, CA 92780
Phone: (949) 464-8084
Counsel for Waveland Capital Partners LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>AFA FINANCIAL GROUP, et. al.  )<br>)<br>Defendants.  )<br>) | C.A. No. 11-744 GMS |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Brett G. Evans, Esq. and Jeffrey S. Kob, Esq., is granted.


DATED: _____          _____
                                                                                                          United States District Judge