**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 11-744 GMS |
| AFA FINANCIAL GROUP, et. al. | ) ) | |
| Defendants. | ) ) | |

**WAVELAND CAPITAL PARTNERS LLC'S  DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Waveland

Capital Partners LLC ("Waveland"), by and through its undersigned counsel, discloses that

Waveland Capital Group LLC is the parent company of Waveland and that no publicly held

corporation directly or indirectly owns 10% or more of the stock in Waveland.

**FERRY, JOSEPH & PEARCE, P.A.**

Dated: July 2, 2012

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899
Telephone: (302) 575-1555
Facsimile: (302) 575-1714
ttaconelli@ferryjoseph.com

-and-

**HULL EVANS & KOB LLP**

Brett G. Evans
Jeffrey S. Kob
180 E. Main Street, Suite 104
Tustin, CA 92780
Telephone: (949) 464-8084
Facsimile: (949) 954-8186
*Attorneys for Waveland Capital Partners LLC*