# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| AFA FINANCIAL GROUP, et. al. | ) ) ) |
| Defendants. | ) ) ) |

C.A. No. 11-744 GMS

### APPENDIX TO OPENING BRIEF IN SUPPORT OF DEFENDANT KEN GROSS FINANCIAL, INC.'S MOTION TO DISMISS

Dated: July 3, 2012

Theodore J. Tacconelli (No. 2678)
FERRY, JOSEPH & PEARCE, P.A.
824 Market Street, Suite 1000
P.O. Box 1351
Wilmington, DE 19899
Telephone: (302) 575-1555
Facsimile: (302) 575-1714
ttaconelli@ferryjoseph.com

-and-

Brett G. Evans
HULL EVANS & KOB LLP
180 E. Main Street, Suite 104
Tustin, CA 92780
Telephone: (949) 464-8084
Facsimile: (949) 954-8186
***Attorneys for Ken Gross Financial, Inc. d/b/a Strategic Financial***

# **TABLE OF CONTENTS**

**Exhibit A:** Affidavit of Kenneth Gross

**Exhibit B:** Uniform Application for Investment Adviser Registration of Ken Gross Financial, Inc. (Appendix 1 to the Affidavit of Kenneth Gross)

**Exhibit C:** ADV Part II brochure of Ken Gross Financial, Inc. (Appendix 2 to the Affidavit of Kenneth Gross)

**Exhibit D:** Registration/Reporting Status of Ken Gross Financial, Inc. (Appendix 3 to the Affidavit of Kenneth Gross)

**Exhibit E:** Investment Advisors Agreement with DBSI Securities Corporation