# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 11-744 GMS |
| AFA FINANCIAL GROUP, et. al. | ) ) | |
| Defendants. | ) ) ) | |

### DECLARATION OF KENNETH GROSS

I, Kenneth Gross, being duly sworn, hereby depose and state:

1. I am currently the Chief Executive Officer, Secretary, and Chief Financial Officer of Kenneth Gross Financial, Inc. d/b/a Strategic Financial ("KGF") and have held those positions since January 5, 1999. I am of the age of majority, competent to testify and have personal knowledge, based on the books and records of the company discussed herein, of the matters set forth in this Declaration and would be competent to testify concerning these matters if called upon to do so.

2. KGF is a California Corporation with its principal place of business at One Boardwalk Ave, Suite 103, Thousand Oaks, California 91360.

3. KGF is in the business of providing financial planning services, portfolio management for individuals and/or small businesses, and income tax preparation. KGF provides comprehensive financial planning and segmented planning services which generally includes

asset allocation and investment recommendations based on the needs of client using long term strategies.

4.  KGF was registered with the United States Securities Exchange Commission ("SEC") as an investment adviser prior to the effectiveness of the Dodd-Frank Wall Street Reform and Consumer Protection Act ("Dodd-Frank Act"), when KGF transitioned to a state-registered investment adviser as its assets under management are currently less than $100 million. Attached as Appendix 1 is a true and accurate copy of KGF's "Uniform Application for Investment Adviser Registration" and Appendix 2 is a true and accurate copy of "ADV Part 2" brochure of KGF, filed on May 25, 2012, which was retrieved on July 2, 2012, from:

http://www.adviserinfo.sec.gov/IAPD/Content/Search/iapd_Search.aspx

5.  KGF is only registered with California and Texas (conditional). Attached as Appendix 3 is a true and accurate copy of KGF's "Registration/Reporting Status" which was retrieved on July 2, 2012 from:

http://www.adviserinfo.sec.gov/IAPD/Content/Search/iapd_Search.aspx

6.  KGF does not transact or conduct any business, work or service to or from any Delaware residents, corporations or business entities.

7.  KGF does not derive any revenue from services or things used or consumed in Delaware.

8.  KGF has no interest in, uses or possesses real property in Delaware.

9.  KGF has not entered into any contracts, agreements or obligations located, executed or to be performed within Delaware.

10. KGF is not registered to do business in Delaware, with the Delaware Securities Commissioner or otherwise, and does not pay any taxes or franchise fees in Delaware.

11. KGF does not have a registered agent in Delaware.

12. KGF only operates its business in California.

13. KGF does not advertise its services by newspaper, television or radio in Delaware or otherwise. It relies exclusively on the goodwill of existing customers and referrals from others, i.e. "word of mouth" advertising.

14. KGF does not have an internet website.

15. KGF is small corporation with only two (2) employees.

16. KGF does not have any clients in Delaware. The majority of its clients are located in California with a select few, former California residents, located in Alabama, Arizona, Florida, Nevada, New York, South Carolina, Texas, Virginia, and Washington.

17. As of the date of this Declaration, KGF has never received a request for information or question from a Delaware resident, corporation, or business entity. If KGF received a question or request from a person or entity known to be a Delaware resident, corporation or business entity, KGF would inform such person or entity that it is not authorized to, and does not, do business in Delaware.

18. KGF is not a registered broker-dealer, does not charge a commission for any sale or recommendation, is not a member of the Financial Industry Regulatory Authority, Inc. ("FINRA") and is not subject to the rules or regulations of FINRA.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

_2 July 2012_
DATE

_Kenneth Gross_
KENNETH GROSS