CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2012, I electronically filed the foregoing Appendix to Opening Brief In Support of Defendant Ken Gross Financial, Inc.'s Motion to Dismiss with the Clerk of Court using the CM/ECF, which will send notification of such filings to the following:

Andrew G. T. Moore II, Esq.
Christopher Viceconte, Esq.
Deborah A. Clifford, Esq.
Gibbons PC
1000 N. West Street
Suite 1200
Wilmington, DE 19801

I hereby certify that on July 3, 2012, I have mailed, by United States Postal Service, the document to the following non-registered participants:

Brian J. McMahon, Esq.
Fruqan Mouzon, Esq.
GIBBONS, P.C.
One Gateway Center
Newark, NJ 07102

/s/ Theodore J. Tacconelli
Theodore J. Tacconelli (No. 2678)
FERRY, JOSEPH & PEARCE, P.A.
824 Market Street, Suite 1000
Wilmington, DE 19899
(302) 575-1555
ttacconelli@ferryjoseph.com