# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES R. ZAZZALI, as Trustee for the DBSI Private Actions Trust,<br><br>      Plaintiff,<br>  v.<br><br>AFA FINANCIAL GROUP, et al.,<br><br>      Defendants. | C.A. No. 11-cv-744 GMS |

## STIPULATION AND PROPOSED ORDER REGARDING FURTHER BRIEFING RELATING TO DEFENDANT KEN GROSS FINANCIAL, INC. d/b/a STRATEGIC FINANCIAL'S MOTION TO DISMISS

WHEREAS, Defendant Ken Gross Financial, Inc. d/b/a Strategic Financial ("Defendant"), on July 3, 2012, filed a Motion to Dismiss Plaintiff's Complaint (D.I. 136-138) ("Motion");

WHEREAS, in order to allow Plaintiff additional time to evaluate the Motion and due to other scheduling issues, Plaintiff and Defendant have agreed to a schedule for briefing relating to the Motion, as set forth herein; and

WHEREAS, as a condition of the agreed upon briefing schedule set forth herein, Plaintiff has agreed not to oppose the Motion on the basis of untimeliness, but he may oppose the Motion on any and all other available bases;

NOW THEREFORE, it is hereby STIPULATED AND AGREED, subject to the approval of the Court, as follows:

    1.    Plaintiff's time to respond to the Motion (D.I. 136-138) is extended to and including August 10, 2012; and

2.	The time within which Defendant may reply to any response of Plaintiff to the Motion is extended to and including August 31, 2012.


Dated: July 20, 2012

| FERRY JOSEPH & PEARCE, P.A. | GIBBONS, P.C. |
|---|---|
| /s/ *Theodore J. Tacconelli* | /s/ *Christopher Viceconte* |
| Theodore J. Tacconelli (#2678) | Christopher Viceconte (#5568) |
| 824 North Market Street, Suite 904 | 1000 North West Street, Suite 1200 |
| P.O. Box 1351 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | Tel: (302) 295-4958 |
| Tel: (302) 575-1555 | Fax: (302) 295-4876 |
| Fax: (302) 575-1714 | cviceconte@gibbonslaw.com |
| ttacconelli@ferryjoseph.com | |
| | *Attorneys for Plaintiff* |
| *Attorneys for Defendant* | |
| *Ken Gross Financial, Inc. d/b/a* | |
| *Strategic Financial* | |


It is **SO ORDERED**.


Dated: _____, 2012    _____
                                Gregory M. Sleet
                                Chief United States District Judge

2